UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN JOHNSTON,

            Petitioner,

v.

ISRAEL JACQUEZ, CHRISTINE HILLIARD,

           Respondents.

Case No. 2:19-cv-00550-JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, <ins>Petitioner's Objections to the Report and Recommendation,</ins> the governing law, and the balance of the record, does hereby find and ORDER:

(1)    The Report and Recommendation is **ADOPTED**;

(2)    This 28 U.S.C. § 2241 petition (Dkt. 4) is **DENIED** and **DISMISSED** with prejudice; and

(3)    The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 28th day of June, 2019.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1